U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 2 1 2026
AT ____ O'CLOCK ______
John M. Domurad, Clerk - Albany

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Regina Lewis
**Plaintiff(s)**

vs.

Amanda Malamadir
**Defendant(s)**

**Civil Case No.:** 1:26-cv-1616 (ECC/DJS)

**COMPLAINT PURSUANT TO THE AMERICANS WITH DISABILITIES ACT**

Plaintiff(s) demand(s) a trial by: [X] JURY [ ] COURT (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking judgment, relief and/or damages brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.,* as amended, for discrimination based upon a disability and the failure to accommodate same. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

## PARTIES

2. a. Plaintiff: Regina Lewis

Address: 107 Nott Terrace # 611
Schenectady, NY 12308

b. Plaintiff: ______________________

Address: ______________________

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Amanda Malamadir

Official Position: Supervisor

Address: Orange County DSS
3 Washington Square
Newburgh NY 12550

b. Defendant: ______________________

Official Position: ______________________

Address: ______________________

Additional Defendants may be added on a separate sheet of paper.

4. My disability is as follows:

Learning, Traumatic Brain Injury,

5. The conduct complained of in this action involves:
(Check all that apply)

(A) ☐ Failure to employ.

(B) ☐ Termination of employment.

(C) ☑ Denial of participation in public service or program.

(D) ☑ Failure to make alterations to accommodate disability.

(E) ☑ Retaliation.

(F) ☐ Other acts as specified below:
Bad mouthing to perspective landlords.

6. **FACTS**

On the following page, set forth the facts of your case which substantiate your claim of discrimination. List the events in the order they happened, naming defendants involved, dates and places.

**Note:** Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

You may use additional sheets as necessary.

The defendant is bad mouthing me and discouraging landlords from renting to me. On August 18, 2026, the landlord advised me of what Ms. Amanda Malamadir said to discourage him from renting to me. The defendant has cost me another apartment. This has been going on for two years. Now I have proof. I am being denied the full benefit of a federally funded program.

7. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

I pray for the court to order the defendant to stop bad moiuthing me and discouraging landlords from renting to me.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 8/19/26

Regina Lewis

Regina Lewis

Signature of Plaintiff(s)
(all Plaintiffs must sign)